United States District Court
Middle District of Florida
Orlando Division

**HECTOR RIVERA,**

    *Plaintiff,*

v.                                                NO. 6:25-cv-1041-PDB

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

## Order

The Commissioner of Social Security moves to reverse the decision below and remand the case. Doc. 21. Considering the absence of opposition and the authority described in the motion, the court:

1. **grants** the motion, Doc. 21;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case to the Commissioner for further consideration and administrative action; and

4. **directs** the clerk to enter judgment for Hector Rivera and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on December 12, 2025.

Patricia D. Barksdale
United States Magistrate Judge